UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH PAUL JACKSON,

          Petitioner,           Case No. 13-cr-20268

v.           Honorable Thomas L. Ludington

UNITED STATES OF AMERICA,

          Respondent.

_____/

**ORDER DISMISSING PETITIONER'S MOTION TO VACATE SENTENCE PURSUANT TO PETITIONER'S REQUEST, DENYING MOTION TO DISMISS AS MOOT, AND CLOSING CIVIL ACTION**

On September 7, 2016, Petitioner Joseph Paul Jackson filed a motion to vacate his sentence under 28 U.S.C. § 2255. *See* ECF No. 791. He argues that pursuant to the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015) (striking down the residual clause of the Armed Career Criminal Act as unconstitutionally vague), his sentence under the residual clause of the career offender provision of the United States Sentencing Guidelines must be vacated. His petition was referred to Magistrate Judge Patricia T. Morris. *See* ECF No. 26. On September 7, 2017 the Government filed a motion to dismiss the petition, or in the alternative, to stay the litigation pending the outcome of *Beckles v. United States,* 136 S.Ct. 2510 (2016). *See* ECF No. 28. On September 14, 2016 the magistrate judge issued a report recommending that the Government's motion to dismiss be denied but that the Government's motion to stay be granted. ECF No. 31. The parties stipulated to an extension of the time to object to the magistrate judge's report. *See* ECF No. 32.

- 2 -

On March 6, 2017 the Supreme Court reached a decision in *Beckles*, holding that the sentencing guidelines are not subject to void for vagueness challenges under the Fifth Amendment Due Process clause. *See Beckles v. United States*, No. 15-8544, 2017 WL 855781, at *3 (U.S. Mar. 6, 2017). Following the issuance of that opinion, Petitioner Jackson has given notice that he wishes to voluntarily dismiss his § 2255 petition. *See* ECF No. 33. The petition will therefore be dismissed.[1]

It is **ORDERED** that Petitioner Jackson's motion to vacate sentence under 28 U.S.C. § 2255, ECF No. 23, is **DISMISSED**.

It is further **ORDERED** that the Government's motion to dismiss or stay litigation, ECF No. 28, is **DENIED as moot.**

It is further **ORDERED** that the corresponding civil action, *Robinson v. United States*, 16-cv-12014 (E.D. Mich. Sept. 7, 2016), is **CLOSED**.

Dated: April 5, 2017                    s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 5, 2017.

                                        s/Kelly Winslow for
                                        MICHAEL A. SIAN, Case Manager

---

[1] The effect the filing and voluntary dismissal of the petition have on Robinson's rights and obligations under 28 U.S.C. § 2255(h) will be determined if and when he attempts to file a subsequent petition.